Before STATE INDUSTRIAL BOARD, Respondent.

CHARLES CLARK, Respondent, *v.* LEWIS WRECKING COMPANY and Another, Appellants.

*Workmen's compensation — where under former section 15 limit of compensation for temporary disability has been paid, further compensation should be denied in absence of proof of permanent disability.*

Appeal from an award of the State Industrial Board made on June 3, 1924.

PER CURIAM: Claimant has been paid $3,500, which is the limit of compensation for temporary disability whether total or partial. (Workmen's Compensation Law [at the time of the accident], § 15, subds. 2, 4.)* Further compensation cannot be awarded unless the disability is permanent. There is no finding that any of the physicial conditions described in the findings are permanent except that there is a permanent injury to the spine and of this there is no evidence. Because, therefore, it does not appear that the injuries found by the Board are permanent this award may not be sustained. All concur. Award reversed and claim remitted, with costs against the State Industrial Board to abide the event.

———

Before STATE INDUSTRIAL BOARD, Respondent. JOHN ANDERSON, Respondent, v. FRED HORLING and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the Board has erroneously included in the weekly wage the amounts received by the claimant for tips, it not appearing that the same was taken into consideration by the parties in making the contract of employment, and on the authority of *Sloat* v. *Rochester Taxicab Co.* (177 App. Div. 57) and *Begendorf* v. *Swift & Co., Inc.* (193 id. 404). All concur.

Before STATE INDUSTRIAL BOARD, Respondent. MASON J. ALDRICH, Respondent, v. EDSON & Co., INC., and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the claimant is an independent contractor. All concur, except Van Kirk and Hinman, JJ., dissenting.

ALBANY SAND AND SUPPLY COMPANY, Respondent, v. ADIRONDACK POWER AND LIGHT CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. KATHERINE BALLOS, Appellant, v. MUNSON STEAMSHIP LINE, Respondent.— Decision unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. ALBINA BECHLER, Respondent, v. DUGAN BROS., INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

B. COOK BROADFOOT, Respondent, v. ARTHUR BIRD, Appellant.— Order modified by permitting the defendant to serve an amended answer within twenty days after entry and service of the order of this court, and as so modified unanimously affirmed, without costs of this appeal.